The Honorable Robert B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BRIAN HEDGLIN, ) <br> ) <br> Defendant, ) <br> ) <br> and ) <br> ) <br> DEPLOYMENT MEDICINE ) <br> INTERNATIONAL, ) <br> ) <br> Garnishee. ) | NO. MS 08-5049 RBL <br><br> GARNISHEE ORDER |

A Writ of Garnishment, directed to the Garnishee, has been duly issued and served upon the Garnishee. Pursuant to the Writ of Garnishment, the Garnishee filed an Answer on or about September 26, 2008, stating that at the time of the service of the Writ it had in its possession or under its control personal property belonging to and due to the Defendant, and that the Garnishee was indebted to the Defendant.

On September 2, 2008, the Defendant was notified of the right to a hearing and has not requested a hearing to determine exempt property.

//

//

Garnishee Order -1
381.wp

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

//

//

IT IS ORDERED that the Garnishee pay the sum of $131,221.36, plus interest accruing at the rate of 2.080% per annum, to the Plaintiff and continue said payments until the debt to the Plaintiff is paid in full or until the Garnishee no longer has custody, possession, or control of any property belonging to the debtor or until further Order of this court.

DATED this 1st day of December, 2008.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Anastasia D. Bartlett
ANASTASIA D. BARTLETT
Assistant United States Attorney

Garnishee Order -2
381.wp

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970